# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| TRUSTEES OF THE TEAMSTERS UNION Local 142 Pension Trust Fund, | : | |
| Plaintiff, | : | Case No.  3:04mc00019 |
| vs. | : | District Judge Thomas M. Rose  Magistrate Judge Sharon L. Ovington |
| SHRADER'S, INC., | : | |
| Defendant. | : | |

## ORDER

The Court has reviewed *de novo* the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #7), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.

Accordingly, the Court **ORDERS** that:

1. The Report and Recommendations filed on October 24, 2005 (Doc. #7) is ADOPTED in full;

2. The case is DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(b); and

3. The case is terminated on the docket of this Court.

November 14, 2005                                       **s/Thomas M. Rose**
                                                            Thomas M. Rose
                                                        United States District Judge